UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 09-20930-CIV  COOKE/BANDSTRA

COURTNEY LAWRENCE,

*Plaintiff*,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

*Defendant*.
_____/

**REMAND ORDER**

THIS MATTER was referred to the Honorable Ted E. Bandstra, United States Magistrate Judge, for a report and recommendation on Plaintiff's Motion to Remand [D.E. 4]. Judge Bandstra issued a Report [D.E. 21] recommending that the Motion be granted. No objections to this Report have been submitted, and the deadline to object has passed. After reviewing the matter *de novo*, I find Judge Bandstra's Report cogent. It is **ORDERED and ADJUDGED** that:

1. Judge Bandstra's Report and Recommendation [D.E. 27] is **AFFIRMED and ADOPTED**. Plaintiff's Motion to Remand [D.E. 4] is **GRANTED**, consistent with Judge Bandstra's report. This matter is **REMANDED** back to the Circuit Court for the Eleventh Judicial Circuit of Florida.

2. All pending motions are **DENIED** as moot. The Clerk shall **CLOSE** this matter, and take all necessary steps to ensure the prompt remand of the above-styled action and transfer this file back to the Circuit Court for the Eleventh Judicial Circuit of Florida.

**DONE and ORDERED** in Chambers at Miami, Florida, this 30th day of November 2009.

*[Signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Ted E. Bandstra*
*Counsel of Record*